1  JULIAN A. POLLOK   SBN 48484
   LAW OFFICES OF JULIAN A. POLLOK
2  A Professional Corporation
   1000 Wilshire Boulevard, Suite 620
3  Los Angeles, CA  90017-2463; STATE BAR NO. 48484
   (213) 688-7795
4  E-mail: julianpollok@sbcglobal.net

5  Attorneys for Defendant Watch Systems, L.L.C.

6

7                    UNITED STATES DISTRICT COURT

8                  CENTRAL DISTRICT OF CALIFORNIA

9                    **CV09-06871**

10

11 SYSTEMS DESIGN SOLUTIONS,      )   Case No.
   INC., a California Corporation, )
12                                 )   NOTICE OF REMOVAL OF
            Plaintiff,             )   ACTION UNDER 28 U.S.C. Sec.
13                                 )   1441(b) (DIVERSITY)
            vs.                    )
14                                 )
   WATCH SYSTEMS, LLC, a          )
15 Louisiana limited liability     )
   corporation,                    )
16                                 )
            Defendants.            )
17 _____ )

18

19

20

21

22      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

23          PLEASE TAKE NOTICE THAT DEFENDANT Watch Systems, L.L.C.,

24 hereby removes to this Court the state court action described below:

25          1. On August 25, 2009, an action was commenced in the Superior Court

26 of the State of California, County of Los Angeles, entitled SYSTEMS DESIGN

27 SOLUTIONS, INC., Plaintiff vs. WATCH SYSTEMS, L.L.C., Defendant, as case no.

28 YC060466.  A copy of the Complaint is attached hereto as Exhibit "A."

LAW OFFICES OF
JULIAN A. POLLOK
A Professional Corp.
LOS ANGELES

Notice of Removal                          1

2. The first date upon which defendant received a copy of the Complaint was when defendant was served with a copy of the Complaint and a Summons from the state court on or about September 2, 2009. A copy of the Summons is attached as Exhibit "B."

3. This action is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, because plaintiff seeks a declaration of the respective rights of the parties, particularly the right of plaintiff to terminate its contract with defendant. The annual revenues generated as a result of the contract exceed $75,000. Plaintiff also seeks monetary damages and attorney fees, rendering the amount in controversy to be well beyond the $75,000 jurisdictional threshold.

4. Complete diversity exists in that:

(A) Plaintiff Systems Design Solutions, Inc. is a corporation incorporated under the laws of the State of California and maintaining its principal place of business in California. Systems Design Solutions, Inc. is, therefore, a citizen of the State of California for purposes of diversity jurisdiction; and

(B) The only defendant is Watch Systems, L.L.C., which is a limited liability company formed under the laws of the State of Louisiana and maintaining its principal place of business in the State of Louisiana. None of the members of Watch Systems, L.L.C., is a resident of California. The members who own Watch Systems, L.L.C., and their places of residence, are as follows: LUMO, L.L.C., a Louisiana limited liability company, which maintains its principal place of business in the State of Louisiana; Southpoint Credit Services, Limited Liability Company, a Louisiana limited liability company, which maintains its principal place of business in the State of Louisiana; Polewop Enterprises, L.L.C., a Louisiana limited liability company, which maintains its principal place of business in the State of Louisiana; Michael Cormaci, an individual who is a Louisiana resident; Louis J. Luzynski, an individual who is a Tennessee resident; and James Massicot, an individual who is a Louisiana

LAW OFFICES OF
JULIAN A. POLLOK
A Professional Corp.
LOS ANGELES

Notice of Removal                                        2

1   resident.  Watch Systems, L.L.C. therefore is not a citizen of the State of California

2   for purposes of diversity jurisdiction.

3                5.  Defendant previously, on September 10, 2009, filed a Notice of

4   Removal of the action to this court, where it was assigned to the Hon. Percy

5   Anderson, United States District Judge, as case no. CV09-6583 PA (PJWx).  On

6   September 17, 2009, Judge Anderson ordered the action remanded to the Superior

7   Court of the State of California, County of Los Angeles, on the grounds that the

8   removal papers did not conclusively demonstrate diversity between plaintiff and

9   defendant as they did not show that the owners/members of defendant were not

10  California residents.  This Notice of Removal is filed in order to correct the

11  deficiency that the court found as the basis for the September 17, 2009 remand order.

12

13  DATED: September 21, 2009

14

15                                          JULIAN A. POLLOK
                                            LAW OFFICES OF JULIAN A. POLLOK
16                                          A Professional Corporation

17

18                                          By
19                                              JULIAN A. POLLOK
                                                Attorneys for Defendant Watch Systems,
20                                              L.L.C.

21

22

23

24

25

26

27

28

EXHIBIT A

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

AUG 2 5 2009

John A. Clarke, Executive Officer/Clerk

By Lanelle M. Galindo, Deputy

CASE ASSIGNED FOR
ALL PURPOSES TO
ANDREW C. KAUFFMAN
Dept. B    Div.

1  Robert J. Skousen, SBN 135104
   Cindy N. Tran SBN 228214
2  SKOUSEN LAW
   A Professional Law Corporation
3  12424 Wilshire Blvd., 9th Floor
   Los Angeles, California 90025
4  Telephone: (310) 277-0444
   Telecopier: (310) 447-8678
5
   Attorneys for plaintiff, SYSTEMS DESIGN SOLUTIONS, INC.,
6  a California corporation
7
8        SUPERIOR COURT OF THE STATE OF CALIFORNIA
9              COUNTY OF LOS ANGELES
10
11 SYSTEMS DESIGN SOLUTIONS, INC., a    )  Case No.:  YC060466
   California corporation                )
12                                        )  COMPLAINT FOR:
            Plaintiff,                    )
13                                        )  1) DECLARATORY RELIEF;
   vs.                                    )  2) BREACH OF COVENANT OF
14                                        )     GOOD FAITH AND FAIR
15 WATCH SYSTEMS, LLC, a Louisiana        )     DEALING
   limited liability corporation         )
16                                        )  DEMAND FOR JURY TRIAL
17          Defendants.                   )
18                                        )
19
20
21
22
23
24
25
26
27
28

Complaint

## COMPLAINT

Plaintiff, Systems Design Solutions, Inc., a California Corporation, alleges as follows:

### JURISDICTION AND VENUE

1.  This action arises under California law and the amount in controversy exceeds Twenty-Five Thousand Dollars ($25,000.00).

2.  Jurisdiction is proper pursuant to Cal. Civ. Proc. Code §§ 410.10, 410.70 and 1060. This Court has jurisdiction pursuant to Cal. Civ. Proc. Code §1060 because Plaintiff seeks a declaration of the parties rights under a written contract. Watch Systems LLC has alleged that SDS is in breach of a written agreement and seeks to terminate the terms of the agreement against SDS. There is an actual controversy relating to the rights of the parties under the agreement.

3.  Venue is proper in this judicial district pursuant to Cal. Civ. Proc. Code §395.5. The parties obligations and liability arise in this county because the contract at issue was made with SDS which is located in this county and all of SDS's computer systems are located in this county.

### PARTIES

4.  Plaintiff Systems Design Solutions, Inc. ("SDS"), is and at all times herein mentioned a California corporation with its principal place of business located in the County of Los Angeles.

5.  Defendant Watch Systems, LLC, was and is at all times mentioned herein, a Louisiana limited liability corporation with its principal place of business located at 202 North Florida, Covington, LA 70433.

### FACTUAL BACKGROUND

6.  Plaintiff SDS is in the business of developing and designing software.

7.  On or about November 17, 2003, SDS and Watch Systems entered into a Joint

SKOUSEN LAW
A Professional Corporation
12424 Wilshire Blvd., 9th Floor • Los Angeles, California 90025

1   Software Development and Marketing Agreement ("Agreement"). A true and correct copy of the

2   Agreement is attached hereto as Exhibit A.

3       8.      SDS has and continues to fully perform its obligations under the Agreement.

4       9.      The Agreement is governed by the laws of the State of California.

5       10.     On or about August 20, 2009, SDS received a letter from Phelps Dunbar dated

6   August 19, 2009.  Phelps Dunbar claims to represent Watch Systems and alleges in its letter that

7   SDS has acted in a way that has breached the terms of the Agreement and seeks to have the

8   Agreement unilaterally terminated without fulfilling Watch Systems' obligations under the

9   Agreements.

10      11.     Specifically, Watch Systems alleges that its computer system and email databases

11  have been accessed without authorization by one or more Internet Service Provider addresses

12  belonging to SDS.  Watch Systems did not provide any evidence to support its claims and further

13  threatens to file suit against SDS seeking to have the Agreement terminated.  A true and correct

14  copy of the August 19, 2009 letter is attached hereto as Exhibit B.

15      12.     Watch Systems' claim is no more than a ploy to terminate the Agreement without

16  cause and to avoid its obligations under the Agreement.  It seeks to gain all the benefits of the

17  Agreement without proper compensation to SDS the developer of the software as required by the

18  Agreement.

19

20                              **FIRST CLAIM FOR RELIEF**

21                        (Declaratory Relief Cal. Civ. Proc. Code § 1060)

22      13.     Plaintiff SDS incorporates by reference and re-alleges each of the allegations set

23  forth in paragraphs 1 through 12, as though fully set forth herein.

24      14.     An actual and substantial controversy exists between Plaintiff and Defendant as to

25  their respective rights and duties under the Agreement.  Defendant contends that Plaintiff is

26  liable to it in whole or in part for alleged breaches of the Agreement by Plaintiff or by other

27  persons.  Plaintiff contends that it is not liable to Defendant under the Agreement or under any

28  other applicable legal principal whether in contract or in tort or on any other basis whatsoever.

SKOUSEN LAW
A Professional Corporation
12424 Wilshire Blvd, 9th Floor · Los Angeles, California 90025

15.     By reason of the foregoing controversy, Plaintiff respectfully request that the Court make a judicial determination that (a) Plaintiff has not breached the Agreement; (b) Plaintiff is not liable in any manner to Defendant in contract or in tort or on any other basis whatsoever.

16.     Plaintiff is informed and believe, and on that basis allege, that Defendant has taken a contrary position and has acted in a manner such that Defendant asserts that it has a right to unilaterally terminate the Agreement without owing any further obligations to Plaintiff. Unilateral termination of the Agreement by Defendants will result in irreparable detriment to Plaintiff.

## SECOND CLAIM FOR RELIEF

### (Breach of Covenant of Good Faith and Fair Dealing)

17.     Plaintiff SDS incorporates by reference and realleges each the allegations set forth in paragraphs 1 through 12, as though fully set forth herein.

18.     California law implies a covenant of good faith and fair dealing in all contracts between parties.

19.     Defendant's allegation of unauthorized access to its computer systems is a bad faith attempt to terminate the Agreement and avoid its obligations to SDS while reaping all the benefits of the software developed by SDS.

20.     SDS will suffer damages in terms of its cost in developing the software as well as the revenue generated from the sales of the software.

21.     As a result of the actions of Defendant Watch Systems, set forth above, Defendant has violated the implied covenant of good faith and fair dealing contained the Agreement as against Plaintiff, as a result thereof, Plaintiff is entitled to damages as prayed.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

1.     For a declaration that Plaintiff is not liable in any manner to Defendant in contract

Complaint
- 4 -

SKOUSEN LAW
A Professional Corporation
12424 Wilshire Blvd., 9th Floor - Los Angeles, California 90025

1   or in tort or on any other basis whatsoever – whether for money damages or any

2   other kind of relief – with respect to, pertaining to, or arising from any alleged

3   breach of contract by any person, or for any alleged unauthorized access of Watch

4   Systems' computer systems and/or email databases;

5   2.   for compensatory damages according to proof;

6   3.   for all reasonable costs, expenses, attorneys' fees incurred as a result of this

7        action;

8   4.   for costs of suit herein incurred; and

9   5.   for such other and further relief as the court may deem proper.

10

11                            **DEMAND FOR JURY TRIAL**

12   Plaintiff hereby demands a jury trial of all issues triable of right by a jury.

13

14   Dated: August 24, 2009                           SKOUSEN LAW
                                                 A Professional Corporation
15

16

17                                    By: _____

18                                            Robert J. Skousen
                                       Attorney for System Design Solutions, Inc.
19

20

21

22

23

24

25

26

27

28

Complaint
- 5 -

**EXHIBIT "A"**

NOV-18-03 07:56 PM  WATCH.SYSTEMS.L.L.C.      504 871 9115      P.01 

 **Systems Design Solutions, Inc.**

## Joint Software Development and Marketing Agreement

This Agreement is made and entered into in this ___ 17th day of  November, 2003 (the "Effective Date") by and between Systems Design Solutions, Inc., a California corporation, with its principal place of business located at 425-33rd Street, Manhattan Beach, CA 90266, ("Technology Partner"), and Watch Systems, LLC, a Louisiana limited liability corporation, with its principal place of business located at 202 North Florida, Covington, LA, 70433, ("Marketing Partner").

Whereas  Technology Partner is in the business of designing, developing and maintaining internet based software solutions.

And Whereas  Marketing Partner is in the business of defining, marketing and selling internet based software solutions to customers.

And Whereas  heretofore Technology Partner and Marketing Partner have worked jointly and together to develop and market an internet based Tax Calculation System known commercially as TaxWatch ("TaxWatch System") and now wish to formalize said relationship.

Now, Therefore, in consideration of the promises and of the mutual agreements hereinafter set forth, the parties hereto agree as follows:

### Description of Relationship

Technology Partner and Marketing Partner hereby agree to continue working jointly and together in the furtherance of the development and exploitation of the TaxWatch System.  For the purposes of this Agreement, the TaxWatch System shall be defined as an internet accessible host-based sales tax calculation system, and any enhancements thereto, utilizing GIS technology to determine the applicable destination based sales, using jurisdictions and rates for a given address or range of addresses or other similar mapping coordinates.

### Technology Partner Obligations

Technology Partner will provide, at it's own expense such software design and development services, as will be required to satisfy any current or future customer requirements as may evolve.  Technology Partner will additionally provide, at it's own expense internet based hosting services, and technical support services for all customers of the TaxWatch System that should desire said services.  Technology Partner shall have sole discretion as to the manner said services are performed, provided said services are performed in compliance with customer requirements as mutually agreed upon between the parties.

### Marketing Partner Obligations

Marketing Partner will provide, at it's own expense any and all third party mapping software and related customized data files, as will be required to satisfy any current or future customer requirements as may evolve.  Marketing Partner will additionally provide, at it's own expense marketing, sales and customer support services so as to develop and maintain customers for the TaxWatch System.  Marketing Partner shall have sole discretion as to the manner said services are performed, provided said services are performed in compliance with customer requirements as mutually agreed upon between the parties.

Initialed by ___

**Joint Software Development and Marketing Agreement**
**Page 1 of 4**

Initialed by Marketing ___



## Systems Design Solutions, Inc.

### Ongoing Relationship Between The Parties

Nothing in this agreement will preclude or require further business relationships between the parties on either tax calculation solutions or other opportunities. Nothing in this Agreement shall be deemed to conflict with or apply to any other agreement between the parties related to software systems other than the TaxWatch System.

### Division of Revenue

Unless otherwise agreed to in writing by both parties, said document being attached to this Agreement as Attachment 1 a, 1 b etc, the net revenue from the sale of TaxWatch System licenses and associated services shall be shared equally by both parties to this Agreement. For the purposes of this Agreement, Net Revenue shall be defined as the monies remaining after any expenses as agreed to in writing by both parties, said document being attached to this Agreement as Attachment 2 a, 2 b etc, are deducted from "Gross Revenue". Any revenue collected by either party and due the other party, shall be paid to said party within 30 days of receipt by the receiving party. Any party collecting revenue shall provide the other party will timely reporting of said revenue collection and shall make available to the other party, at a reasonable time and place all records of said collection for inspection.

### Intellectual Property

All intellectual property, including but not limited to copyrights, trademarks, patents, Internet Domain Names, created by the parties in the furtherance of their activities under this agreement shall be jointly owned by the parties and clearly identified as such. Neither party to this Agreement may use the materials produced herein in any manner other than those described herein without the express written permission of the other party.

During the course of this Agreement, both parties acknowledge that they will be providing to the other certain confidential and proprietary materials as may be necessary to fulfill their obligations under this Agreement. Unless the subject of copyright, trademark, or patent protection as indicated by notice as approved by either the Library of Congress or the United States Office of Patent and Trademark, all confidential material will be marked as such by it's owner. Both parties agree to keep the confidential and proprietary information of the other confidential during and after the term of this Agreement.

Notwithstanding any of the above, each party to this Agreement acknowledges that the other has and will continue to conceive, invent or devise intellectual property independent of their obligations as defined herein and that said intellectual property shall remain the sole property of the creator. To the extent that either party chooses to incorporate elements of its intellectual property in the TaxWatch System, said party grants the other a non-exclusive, non-transferable license to use said materials but only for the express purposes described herein.

### Previous Activities

Both parties hereby agree that all previous activities undertaken in the furtherance of the development and sale of the TaxWatch System, including but not limited to all software and customer sales development, and all intellectual property previous created, including but not limited to software source code, websites and marketing materials shall be deemed subject to the terms of this Agreement.

### Termination of this Agreement

Neither party may terminate this Agreement without cause. Either party may, upon material breach by the other party terminate this Agreement if said material breach is not corrected within 30 days after written notice to the other party of said breach. All provisions of this agreement shall remain in force during the 30-day period. No breach of this Agreement shall release the breaching party from any obligation to pay any monies due to the other party prior to the breach.

Initialed By _____

 Initialed by Marketing

 **Systems Design Solutions, Inc.**

All Intellectual Property provisions contained herein, including any provisions protecting confidential information shall survive any termination of this Agreement. In the event either party to this Agreement is judged bankrupt or otherwise ceases to conduct business the rights granted herein shall be deemed transferred to the remaining party and all obligations of the remaining party to the other party shall cease.

### Conflict of Interest

Neither party to this Agreement will engage in any action, or undertake any obligation, or enter into any Agreement with any third-party that in any way conflicts with any of the terms of this Agreement. Either party shall promptly notify the other in the event such conflict should come to exist.

### Governing Law

This Agreement shall be interpreted and enforced in accordance with and shall be governed by the laws of the State of California applicable to contracts between residents, excluding its conflict of law provisions.

### Entire Agreement

This Agreement constitutes the entire agreement between the parties hereto and is intended by the parties to be a final expression of their agreement and a complete and exclusive statement of its terms, which supersedes all prior oral or written offers, negotiations, discussions or other communications.

### Severability

If any term or provision of this Agreement is found to be illegal or unenforceable then, notwithstanding, this Agreement shall remain in full force and effect and such term or provision shall be deemed stricken.

### Amendment

No amendment to this Agreement shall be effective unless it is in writing and signed by duly authorized representatives of both parties.

### Waiver

No term or provision hereof shall be deemed waived and no breach excused unless such waiver or consent shall be in writing and signed by the party claimed to have waived or consented. Any consent by any party to or waiver of a breach by the other, whether express or implied, shall not constitute a consent to, waiver of, or excuse for any other different or subsequent breach.

### Successors

This Agreement shall be binding on and shall inure to the benefit of the heirs, executors, administrators, successors and assigns of the parties hereto.

### Counterparts

This Agreement may be executed in any number of identical counterparts, and each such counterpart shall be deemed a duplicate original thereof.

The parties execute this Agreement as of the date and year first above written.

NOV-18-03 00:20 PM   WATCH.SYSTEMS.L.L.C.   504 871 8115   P.0

## Systems Design Solutions, Inc.

Agreed to by Technology Partner:

William A. Rudick, President/Chief Technology Officer

Agreed to by Marketing Partner:

Louis J. Luzynski, Managing Partner

Initialed by


Initialed by Marketing

 Systems Design Solutions, Inc.

## Joint Software Development and Marketing Agreement

### Attachment 1.a
### Mutually Agreeable Expenses

The parties to this Agreement do hereby agree that the following expenses shall be deemed subtracted from Gross Revenues prior to any distribution to the parties of Net Revenue:

1. All reasonable credit clearing expenses for web-based sales.

Agreed to by Technology Partner:

_William A. Rudek, President/Chief Technology Officer_

11/18/03
_Date_

Agreed to by Marketing Partner:

_Louis J. Luzynski, Marketing Partner_

11-17-03
_Date_

Initialed by
Technology Partner

**Joint Software Development and Marketing Agreement**
**Attachment 1.a**
**Page 1 of 1**

Initialed by Marketing

**EXHIBIT "B"**

# PHELPS DUNBAR LLP
## — COUNSELORS AT LAW —

<table>
<tr><td>New Orleans, LA</td><td rowspan="6">II City Plaza · 400 Convention Street · Suite 1100<br>Baton Rouge, Louisiana 70802-5618<br>P.O. Box 4412<br>Baton Rouge, Louisiana 70821-4412<br>(225) 346-0285<br>Fax (225) 381-9197</td><td>Jackson, MS</td></tr>
<tr><td>Baton Rouge, LA</td><td>Tupelo, MS</td></tr>
<tr><td>Houston, TX</td><td>Gulfport, MS</td></tr>
<tr><td>London, England</td><td>Tampa, FL</td></tr>
</table>

JONATHAN C. BENDA
Partner

www.phelpsdunbar.com
August 19, 2009

17176-1

**VIA OVERNIGHT DELIVERY**

Mr. William A. Rudick
President/Chief Technology Officer
Systems Design Solutions, Inc.
425-33rd Street
Manhattan Beach, California 90266

    Re:    Joint Software Development and Marketing Agreement with Watch Systems, L.L.C. dated as of November 17, 2003 (the "Agreement")

Dear Mr. Rudick:

    We represent Watch Systems, L.L.C. ("Watch"). As you are aware, Watch and Systems Design Solutions, Inc. ("SDS") entered into the above-referenced Agreement. Watch has evidence that its computer systems and email databases have been accessed without authorization by one or more Internet Service Provider addresses belonging to SDS. DEMAND IS HEREBY MADE THAT YOU AND ANY OTHER REPRESENTATIVES OR AFFILIATES OF SDS IMMEDIATELY CEASE AND DESIST ACCESSING PROPRIETARY WATCH COMPUTER SYSTEMS, EMAIL OR INFORMATION IN ANY WAY.

    Computer fraud and unauthorized access to computers, computer systems and computer data are crimes punishable by imprisonment and fine under both federal and state law. Further, the conduct demonstrated by representatives of SDS constitutes a breach of the Agreement and a for cause basis for termination of the Agreement.

    Notice is hereby given that Watch is contemporaneously herewith filing suit against SDS, with you as a named defendant, seeking a declaration (i) that cause and/or legal grounds exist for termination of the Agreement, (ii) as to the rights of Watch and SDS upon termination of the Agreement, granting each continued use of the TaxWatch software, with neither owing further compensation to the other, (iii) compelling defendants to provide Watch with TaxWatch software source code and data files, and (iv) that Watch and SDS must continue to perform under the Agreement until the court resolves the parties' respective rights, as well as compensatory

PD.1238507.4

Mr. William A. Rudick
August 19, 2009
Page 2

damages, attorney's fees, punitive damages, judicial interest and all other equitable relief that the
court deems appropriate.

Please direct all inquiries concerning this matter and SDS' relationship with Watch to the
undersigned counsel. Your immediate attention to this matter is requested.

Sincerely yours,

PHELPS DUNBAR LLP

Jonathan C. Benda

cc:    Lou Luzynski

PD.1238507.4

**EXHIBIT B**

# SUMMONS
## (CITACIÓN JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
WATCH SYSTEMS, LLC, A LOUISIANA LIMITED LIABILITY
CORPORATION

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

AUG 2 5 2009

John A. Clarke, Executive Officer/Clerk

By Lanelle M. Galindo, Deputy

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
SYSTEMS DESIGN SOLUTIONS, INC., A CALIFORNIA
CORPORATION

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| *(El nombre y dirección de la corte es:)* | *(Número del Caso):* |
| Los Angeles Superior Court | YC060466 |
| 825 Maple Avenue | |
| 825 Maple Avenue | |
| Torrance, California 90503-5058 | |
| Southwest District | |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Robert James Skousen, SBN 135104                         (310) 447-8678
SKOUSEN LAW, APC
12424 Wilshire Blvd., Ninth Floor
Los Angeles, CA 90025

DATE:                                    JOHN A. CLARKE   Clerk, by       L. GALINDO          , Deputy
*(Fecha)* AUG 2 5 2009                              *(Secretario)*                              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal
Solutions
On Plus

Code of Civil Procedure §§ 412.20, 465

PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF LOS ANGELES        )

I am employed in the office of a member of the bar of this court in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1000 Wilshire Boulevard, Suite 620, Los Angeles, California 90017-2463.

On September 21, 2009 I served the foregoing document described as:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. Sec. 1441(b) (DIVERSITY)**

by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Robert J. Skousen, Esq.
Cindy N. Tran, Esq.
Skousen Law
A Professional Law Corporation
12424 Wilshire Boulevard, 9th Floor
Los Angeles, California 90025

I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

Executed on September 21, 2009 at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

*Suzanne Pollok*
Suzanne Pollok

LAW OFFICES OF
JULIAN A. POLLOK
A Professional Corp.
LOS ANGELES

Notice of Removal                    4

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## CV09-6871 GW (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
SYSTEMS DESIGN SOLUTIONS, INC., A CALIFORNIA CORPORATION

**DEFENDANTS**
WATCH SYSTEMS, L.L.C., A LOUISIANA LIMITED LIABILITY COMPANY

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
ROBERT JAMES SKOUSEN, ESQ. AND CINDY TRAN, ESQ.
12424 WILSHIRE BOULEVARD, NINTH FLOOR
LOS ANGELES, CA 90025    TELE: (310) 277-0444

Attorneys (If Known)
JULIAN A. POLLOK    SBN 48484
LAW OFFICES OF JULIAN A. POLLOK, A P.C.
1000 WILSHIRE BOULEVARD, SUITE 620
LOS ANGELES, CA 90017-2463    TELE: (213) 688-7795

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in this State | ☒4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)
☐ 1 Original Proceeding  ☒ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    **☐ MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. 1332 (Diversity)

**VII. NATURE OF SUIT** (Place an X in one box only.)

☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☒ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition

☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**CV09-06871**

**FOR OFFICE USE ONLY:** Case Number:

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No ☑ Yes
If yes, list case number(s): CV09-6583 PA (PJWx) (Dismissed September 17, 2009, for failure to show complete diversity in Notice of Removal)

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): Related case between the same parties is pending in USDC, Eastern District of Louisiana, as Civil Action no. 09-5821.

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☑ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Louisiana (All members of defendant reside in either Louisiana or Tennessee.) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Louisiana |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date: September 21, 2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |